UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-114-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTINA FAYE LYNCH, | ) | |
| Defendant. | ) | |

This matter is before the court on Ms. Lynch's letter motion for home confinement [DE-33]. The court does not have authority to order that Lynch be placed on home confinement in these circumstances. The motion [DE-33] is DENIED.

SO ORDERED.

This, the 26 day of August, 2014.

JAMES C. FOX
Senior United States District Judge