UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christina Faye Lynch**　　　　　　　　　　　　　　　**Docket No. 5:11-CR-114-1F**

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christina Faye Lynch, who, upon an earlier plea of guilty to 18 U.S.C. §1343, Wire Fraud, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 09, 2011, to the custody of the Bureau of Prisons for a term of 51 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Christina Faye Lynch was released from custody on May 30, 2014, at which time the term of supervised release commenced.

On March 28, 2016, the court was notified that the defendant had been arrested on February 22, 2016, in Cumberland County, North Carolina, for Driving While Impaired and Hit and Run Property Damage. It was requested that we await the charges in state court before requesting any further court action. To date, these charges remain pending in state court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 16, 2016, the defendant called the probation office and left a voicemail stating she had been drinking and was drunk. She further stated that her husband had threatened to call the probation office so she was doing it for him. On June 21, 2016, the defendant reported to the probation office and admitted to her alcohol use and stated she had drank a few times over the last two weeks but was no longer drinking. The defendant did recognize that she has an alcohol abstinence condition and cannot be drinking. The defendant is an alcoholic and is currently participating in mental health counseling and medication management for her bipolar disorder. Cognitive interventions were used with the defendant, but for further monitoring, it is recommended that she be sanctioned with 90 days of the Remote Alcohol Monitoring Program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Christina Faye Lynch
Docket No. 5:11-CR-114-1F
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: June 23, 2016

## ORDER OF THE COURT

Considered and ordered this 24'' day of June, 2016, and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge